IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 APR 25 PM 4:18
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

EMPOWER TEXANS, INC.; and MICHAEL
QUINN SULLIVAN,
          Plaintiffs,

-vs-                                          Case No. A-14-CA-172-SS

THE STATE OF TEXAS ETHICS
COMMISSION; and NATALIA LUNA ASHLEY,
in her capacity as Interim Executive Director of
the Texas Ethics Commission,
          Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court entered its order dismissing this case, and thereafter the Court enters the following:

    IT IS ORDERED, ADJUDGED, and DECREED that all claims brought by Plaintiffs Empower Texans, Inc. and Michael Quinn Sullivan in the above-styled cause are DISMISSED WITHOUT PREJUDICE. The parties shall bear their own costs.

SIGNED this the 25th day of April 2014.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE

172 ood kkt.wpd